
FILED
CLERK, U.S. DISTRICT COURT

AUG 15 2017

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:17-MJ-02011-DUTY |
| DEREK LEE ACEVEDO DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>August 18</u>, <u>2017</u>, at <u>10:30</u> ☒a.m. / ☐p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>341, Roybal Bldg</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: August 15, 2017       /s/ Karen L. Stevenson
                              U.S. ~~District Judge~~/Magistrate Judge